# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE FERROGLOBE PLC SECURITIES LITIGATION

Master File No. 1:19-cv-00629 (RA)

No. 1:19-cv-02368 (RA)

# JUDGMENT

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 10, 2020, Defendants' motions to dismiss Plaintiff's first amended complaint are granted with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
November 10, 2020

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY: _____
**Deputy Clerk**